## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

SARAH BOBO; ODESSA YOUNG;                                              PLAINTIFFS
and ROBERT SLATER

v.                                    No. 2:08CV00062 JLH

MICHAEL MATTHEWS and
SKYLINE TRANSPORTATION, INC.                                           DEFENDANTS

### **JUDGMENT**

On the 22nd day of April, 2009, this matter came before the Court for trial by jury. Sarah Bobo, Odessa Young, and Robert Slater appeared in person and through their attorney, Louis Etoch. Skyline Transportation, Inc., and Michael Matthews appeared through their attorney, Bruce Munson. All parties announced ready for trial. A jury of twelve was duly chosen and sworn.

On April 23, 2009, the jury returned verdicts as follows:

VERDICT FORM-SARAH BOBO
We, the jury, find that separate plaintiff Sarah Bobo is entitled to damages on her complaint against Michael Matthews and Skyline Transportation, Inc., and assess her damages: $100,000.00

      /s/ Rickey W. Bledsoe
      Foreperson
      Dated: 4-23-09

VERDICT FORM-ODESSA YOUNG
We, the jury, find that separate plaintiff Odessa Young is entitled to damages on her complaint against Michael Matthews and Skyline Transportation, Inc., and assess her damages: $80,000.00

      /s/ Rickey W. Bledsoe
      Foreperson
      Dated: 4-23-09

VERDICT FORM-ROBERT SLATER
We, the jury, find that separate plaintiff Robert Slater is entitled to damages on her complaint against Michael Matthews and Skyline Transportation, Inc., and assess her damages: $60,000.00

      /s/ Rickey W. Bledsoe
      Foreperson
      Dated: 4-23-09

Judgment is therefore entered against Michael Matthews and Skyline Transportation, Inc., jointly and severally, in favor of Sarah Bobo in the amount of $100,000.00; in favor of Odessa Young in the amount of $80,000.00; and in favor of Robert Slater in the amount of $60,000.00; all with post-judgment interest to accrue at the rate of 0.55% per annum and for all of which judgment and execution may issue.

IT IS SO ORDERED this 24th day of April, 2009.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE